UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-38012 |
| Eric B Nyszczot | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION**

Having read the MOTION TO AUTHORIZE LOAN MODIFICATION heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

1) The Debtor is authorized to modify the mortgage loan securing his real property located at 2812 Rutland Cir. Naperville, IL 60564, according to the following terms:

Loan Amount not to exceed: $158,162.00
Loan term: 480 Months
Loan Rate: 3.875% for 480 Months
Loan Payment: $1,028.77 for 480 Months

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: April 20, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600